**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**ESTELLA J. GALLEGOS**                                                                                      **PLAINTIFF**

**V.**                                                  **1:10CV00009 JMM**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY**                                                                                  **DEFENDANT**

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

Pending are the Joint Motions to Dismiss With Prejudice. For good cause shown, the Court finds the motions to dismiss (Docket # 12 & 13) should be, and hereby are, granted.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. If applicable, the Court retains complete jurisdiction for forty-five (45) days from the date of this Order to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time. The Clerk is directed to close the case.

IT IS SO ORDERED this 29th day of June, 2010.

_____
James M. Moody
United States District Judge